UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL LOPEZ,

                    Plaintiff,

          v.

HO & HO LOR CHARITABLE FOUNDATION, A
NEW YORK NOT-FOR-PROFIT CORPORATION,
and MODERN COFFEE HOUSE INC.,

                    Defendants.

Case No.1:24-cv-08493-ER

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SAMUEL

LOPEZ ("Plaintiff") and Defendants HO & HO LOR CHARITABLE FOUNDATION, A NEW

YORK NOT-FOR-PROFIT CORPORATION and MODERN COFFEE HOUSE INC.

("Defendants"), through their undersigned respective counsel, that the above-entitled action be,

and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees

and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
          May 28          , 2025

BARDUCCI LAW FIRM, PLLC

Maria Constanza-Barducci, Esq.
*Attorneys for Plaintiff*
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554
Email: MC@Barduccilaw.com

JASON J. REBHUN, P.C.

Jason J. Rebhun, Esq.
*Attorneys for Defendants*
40 Wall Street, Suite 1607
New York, NY 10005
(646) 201-9392
Email: jason@jasonrebhun.com

**SO ORDERED:**


HON.